(8/2017)

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION**

| | |
|---|---|
| In re:<br><br>　　　LATONJA RONDETTA FANT<br><br>　　　　　　Debtor(s)<br>SSN(1) XXX-XX-3543 | Case No. 21-10092<br>Judge Benjamin A. Kahn |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　　Anita Jo Kinlaw Troxler, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)　The case was filed on 02/17/2021.

2)　The plan was confirmed on  NA .

3)　The case was dismissed on 04/08/2021.

4)　Number of months from filing to last payment: 2.

5)　Number of months case was pending: 3.

6)　All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | Unsecured | 17,731.64 | 16,011.30 | 16,011.30 | 0.00 | 0.00 |
| BROOKE MEADOWS HOA | Secured | NA | 3,907.00 | 3,907.00 | 0.00 | 0.00 |
| BROOKE MEADOWS HOA | Secured | 2,472.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 59,278.22 | 71,215.99 | 71,215.99 | 0.00 | 0.00 |
| GUILFORD COUNTY TAX | Priority | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| N C DEPARTMENT OF REVENUE | Priority | NA | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 1,948.98 | 1,948.98 | 0.00 | 0.00 |
| STATE EMPLOYEES CREDIT UNION | Unsecured | NA | 19,135.61 | 19,135.61 | 0.00 | 0.00 |
| STATE EMPLOYEES CREDIT UNION | Secured | 313,205.00 | 326,612.08 | 326,612.08 | 0.00 | 0.00 |
| STATE EMPLOYEES CREDIT UNION | Secured | NA | NA | NA | 0.00 | 0.00 |
| STATE EMPLOYEES CREDIT UNION | Secured | 65,000.00 | 62,581.12 | 62,581.12 | 0.00 | 0.00 |
| TEA OLIVE LLC | Unsecured | NA | 2,147.03 | 2,147.03 | 0.00 | 0.00 |
| W S BADCOCK CORPORATION | Secured | 500.00 | 1,840.65 | 1,840.65 | 0.00 | 0.00 |
| W S BADCOCK CORPORATION | Unsecured | 1,340.65 | NA | NA | 0.00 | 0.00 |
| WAKE FOREST BAPTIST HEALTH | Unsecured | NA | 780.96 | 780.96 | 0.00 | 0.00 |
| WESTEDGE LANDSCAPES LLC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $394,940.85 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$394,940.85** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,000.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,000.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$111,239.87** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

7) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/05/2021                             By: /s/ Anita Jo Kinlaw Troxler
                                                                    Trustee

xc  LATONJA RONDETTA FANT
    U.S. BANKRUPTCY ADMIN
    TOMMY S BLALOCK III ESQ
    BLALOCK LAW OFFICES PA
    620 GREEN VALLEY RD STE 209
    GREENSBORO,  NC  27408

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.